UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM WISE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   1:95-cv-0277-WTL-MJD |
| | ) |
| FISHER PRICE, INC. and | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendants. | ) |

**Order Directing Clerk to Transfer Action to CM/ECF System**

The United States District Court for the Southern District of Indiana implemented its Case Management/Electronic Case Filing ("CM/ECF") System for criminal cases on July 1, 2002. The clerk is directed to **administratively transfer** this action from the Court's manual filing system, JAMS, to CM/ECF.

All future filings in this action, other than those specifically excepted by Local Rules of the Court, must be filed electronically. In addition, all filings made or rulings issued on **or after November 1, 2012,** shall be **transferred to the CM/ECF docket** which will be created by the administrative transfer directed herein.

Case numbers in the CM/ECF system are styled as set out in the caption of this Order, replacing the two-character division code with a numerical division code and including full district judge and magistrate judge initials. The parties shall include this newly-formatted case number on all future filings.

Any party not represented by counsel will file and proceed as previously, except for using the modified format to identify the docket number as explained in the preceding paragraph and as shown in the caption of this Order.

**IT IS SO ORDERED.**

*William T. Lawrence* (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Date: 01/23/2013

Note to Clerk: Processing this document requires actions in addition to docketing and distribution.

**Distribution:**

Michael C. Terrell
SOMMER & BARNARD, PC
4000 Bank One Tower
111 Monument Circle
Indianapolis, IN 46204

William Wise
#981240
Pendleton Correctional Facility
4490 W. Reformatory Rd.
Pendleton, IN 46064