United States District Court / Southern District of Indiana
Court ( Please excuse writting or pardon total proper entry form(s) as denial to D.O.C. Facility Law Library.)

William Wise, plaintiff                    Date: January 14, 2013.
         vs.
Fisher Price, ie al., defendant(s)    Cause: IP-95-C-0277-L/D.

Re: Plaintiff's Recent Submission Of Material(s) And Request's (Prior to reassignment or to verify document's received and Filed to dockets.)

To The Court: Judge William T. Lawrence and to Magistrate Mark J. Dinsmore.

   As I William J. Wise, plaintiff being first notified or initally advised, being on January 14, 2013, by Dan Habing, Deputy Clerk of Laura Briggs, Clerk of the Court, that the matter of William Wise vs. Fisher Price, inc., Wal-Mart Stores, inc., Defendant's of Cause number IP-95-0277-C-G/T was reassigned from the dockets of Judge John D. Tinder and Magistrate Judge John P. Godich to the dockets of Judge William J. Lawrence and Magistrate Judge Mark J. Dinsmore on January 10, 2013 (Re: Wise vs Fisher-Price, et al.) Cause number IP-95-C-0277-WTL-MJD, and advising to Please Note that Cause number IP-95-C-0277-L/P should be used on future filings.

   As Plaintiff would Petition the Court to Accept all of the Plaintiff's Recent Submission Of Material(s) And Request(s) along with the two(2) manella envelope's of multiple Newly Discovered Document(s) of Evidence in support to be considered in rebut.
   To consider and understanding document's were received and Filed by addressing the Court Clerk causing reassignment of dockets.
   The Plaintiff had ask the court to excuse or pardon writting or total proper entry form(s) as this being denial to D.O.C. Facility Law Library by custody as doing so again.            (Next to Page Two).

{Continued Page One}  Page Two     Date: January 14, 2013.

Re: IP-95-C-0277-L/D.

To Petition the Court to request the Court Clerk to retain a verified copy of all the FILED documents received for the record of Court's consideration of Cause; IP-95-C-0277-L/D since December 19, 2002 and to reassignment for my crucial records to:

William James Wise (981240)
I.S.R./P.C.F. - Jn. W. 4-L.
4490 Reformatory Road,
Pendleton, IN 46064.

— as well as the "correct mailing address" for the reassignment of cause number IP-95-C-0277-L/D.

Again, I ask the Court to excuse the writting and pardon the plaintiff's Motion(s) or Petition(s) are being denied the proper access to D.O.C. Facility Law Library, to properly prepair in Form(s), by custody.

In belief of issue(s) relevant to the outcome of this case, and to giving close scrutiny of the multiple document(s) of Newly Discovered Evidence that was collected by Ind. Department of Corrections Custody-Counselor on Mon. January 07, 2013 after completion for same day mailing or delivery (Noted: Legal Mail - Do Not Hold,) which I do understand and trust were received, and are now Filed in the dockets of Judge William T. Lawrence and Magistrate Judge Mark J. Dinsmore.

IF documents were not Filed please explain the reassignment, and to return the quite expensive two (2) manilla envelopes of documentation to the sender with explination of denial or how documents may be submitted and/or entered. (As especially without the proper access to D.O.C.-Facility Law Library being denied at Pendleton Correctional Facility, by Custody.) Sincerely, William J Wise
01-14-2013.  Wm. J. Wise